UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2018 SEP 20 PM 1:57
OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

$40,000 In U.S. Currency,

Defendant.

Miscellaneous No. 8:18MC216

**ORDER EXTENDING FILING DEADLINE**

Based on the Stipulation to Extend Time to Commence Judicial Forfeiture Proceedings between the United States of America and Alcazar and Johan Sanchez with respect to $40,000 in U.S. currency seized from Claimants' residence in Omaha, Nebraska.

IT IS HEREBY ORDERED that the deadline under 18 U.S.C. § 983(a)(3) for commencing judicial forfeiture proceedings against the above-described property seized is extended until October 22, 2018.

Dated: 9/20/2018

**MICHAEL D. NELSON,**
**United States Magistrate Judge**